UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DARRELL D. REED,

    Plaintiffs,

v.     No. 3:13-cv-00171-DRH-SCW

UNUM PROVIDENT and
THE PAUL REVERE LIFE INSURANCE
COMPANY,

    Defendants.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation for dismissal (Doc. 21). The stipulation is to all parties; states that dismissal shall be with prejudice; and states that all parties shall bear its own costs. Pursuant to the stipulation of dismissal, the Court **DISMISSES with prejudice** this cause of action with each party to bear its own costs. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

    **IT IS SO ORDERED.**

Signed this 12th day of November, 2013.

Digitally signed by
David R. Herndon
Date: 2013.11.12
11:39:08 -06'00'

**Chief Judge**
**United States District Court**