UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**DARRELL D. REED**,

    Plaintiff,

v.

**UNUM PROVIDENT and THE PAUL
REVERE LIFE INSURANCE COMPANY,**

    Defendants.                                      No. 13-cv-171-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court pursuant to the Stipulation of Dismissal filed on November 12, 2013.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on November 12, 201, this case is **DISMISSED** with prejudice.

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT

                              BY:      /s/*Sara Jennings*
                                                  Deputy Clerk

**Dated:**  November 12, 2013

Digitally signed by David R. Herndon
Date: 2013.11.12 16:45:20 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT